# Third District Court of Appeal

## State of Florida

Opinion filed December 15, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-0963
Lower Tribunal No. 18-26458

————————

**Nunez Stationery Printing & Thermography, Inc.,**
Appellant,

vs.

**Maka Investments, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

MetschLaw, P.A., and Lawrence R. Metsch, for appellant.

Cole, Scott & Kissane, P.A., and Alexandra Valdes, for appellee.

Before EMAS, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.  Rosamond v. Mann, 80 So. 2d 317, 319 (Fla. 1955) ("[T]he general rule is that the tenancy arising from the tenant's holding over with the consent of the landlord is presumed to be upon the same covenants and terms as the original lease . . . .").